UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                    Case No. 07–31944
                                                         Chapter 7
Matthew Todd Fochtmann

    Debtor

# NOTICE
## of Case Closure WITHOUT Discharge

Notice of case closure WITHOUT discharge. The Debtor(s) has not filed a Financial Management Course Certificate and/or 522q Certificate indicating completion of an instructional course concerning personal financial management as defined by section 111 and required pursuant to Section 727(a)(11) or Section 1328(g). If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate and/or the 522(q)Exemption Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.. (DW, )

Dated: April 16, 2008

                                                       Richard S. Oda
                                                       Clerk, U.S. Bankruptcy Court