UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re    Case No. 07-31944-WRS
         Chapter 7

MATTHEW TODD FOCHTMANN,

    Debtor

**ORDER GRANTING MOTION TO REOPEN CASE**

For the reasons set forth on the record on July 12, 2016, on the debtor's motion to reopen this case in order to complete the financial management course and file the certificate of completion (Doc. 18), it is

ORDERED that the motion is GRANTED, and this case shall remain open no longer than 30 days from the date of this order.

Done this 15th day of July, 2016.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Richard D. Shinbaum, Attorney for Debtor
   Susan S. DePaola, Trustee